253 So.2d 220

**STATE of Louisiana ex rel.
Samuel SMITH, Jr.**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 51819.

Oct. 18, 1971.

In re: Samuel Smith, Jr. applying for writs of habeas corpus, mandamus, certiorari and/or prohibition.

Writ refused. The showing made does not warrant the exercise of this Court's supervisory jurisdiction.

253 So.2d 221

**ASCENSION BUILDERS, INC.**

v.

**Wallace C. JUMONVILLE, Jr., et al.**

No. 51789.

Oct. 21, 1971.

In re: Ascension Builders, Inc., applying for certiorari, or writ of review, to the

Court of Appeal, First Circuit, Parish of Ascension. 251 So.2d 639.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.